FILED

11/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0311

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 20-0311

---

KELLY GENE SVIR,

      Petitioner,

  v.

PETER BLUDWORTH, Warden,
Crossroads Correction Center,

      Respondent.

---

**ORDER**

---

Upon consideration of Appellees' motion for a 14-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including December 7, 2020, within which to prepare, serve, and file its response brief.

**MP**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 16 2020